## No. 6960.

### SUCCESSION OF J. W. PIPES.    ON OPPOSITION OF A CREDITOR.

A motion to dismiss on the ground that the order of appeal recites that it is granted to Susan Pipes while the bond recites that the appeal is taken by her as administratrix, will be denied.  The order will be construed with the recital in the bond.

APPEAL from the Parish Court of Iberville.   CROWELL, J.

*Barrow & Pope* for Plaintiff in Rule.    *Favrot & Lamon* for Administratrix Appellant.

MANNING, C. J., delivered the opinion.